# EXHIBIT "A"
## LIST OF CLAIMS

| POLICY NUMBER | CLAIMANT | |
|---|---|---|
| 314PK- | Claimant A | |
| 314PK- | Claimant B | |
| 314PK- | Claimant C | |
| | Claimant D | |
| 314PK- | Claimant E | |
| 314PK- | Claimant F | |
| 314PK- | Claimant G | |
| 314PK- | Claimant H | |
| 314PK- | Claimant I | |
| 314PK- | Claimant J | |
| 314PK- | Claimant K | |
| 314PK- | Claimant L | |
| 314PK- | Claimant M | |
| 314PK- | Claimant N | |
| 314PK- | Claimant O | |
| 314PK- | Claimant P | |
| 314PK- | Claimant Q | |
| 314PK- | Claimant R | |
| 314PK- | Claimant S | |
| 314PK- | Claimant T | |
| 314PK- | Claimant U | |
| 314PK- | Claimant V | |
| 314PK- | Claimant W | |
| 314PK- | Claimant X | |
| 314PK- | Claimant Y | |
| 314PK- | Claimant Z | |
| 314PK- | Claimant AA | |
| 314PK- | Claimant BB | |
| 314PK- | Claimant CC | |
| 414PK- | Claimant DD | |
| 314PK- | Claimant EE | |
| 314PK- | Claimant FF | |
| 314PK- | Claimant GG | |
| 314PK- | Claimant HH | |
| 314PK- | Claimant II | |
| 314PK- | Claimant JJ | |
| 414PK- | Claimant KK | |
| 314PK- | Claimant LL | |
| 414PK- | Claimant MM | |
| 314PK- | Claimant NN | |
| 314PK- | Claimant OO | |
| 414PK- | Claimant PP | |
| 314PK- | Claimant QQ | |